IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | INDICTMENT |
| | : | |
| vs. | : | CRIMINAL NO. 5:24-CR-_____ |
| | : | |
| SCOTT MCLEAN SOLES | : | VIOLATIONS: |
| | : | 18 U.S.C. § 922(a)(6) |
| | : | 18 U.S.C. § 922(d)(1) |
| | : | 18 U.S.C. § 924(a)(2) |
| _____ | : | |

**THE GRAND JURY CHARGES:**

<u>COUNT ONE</u>
(FALSE STATEMENT DURING PURCHASE OF A FIREARM)

That on or about May 20, 2022, in the Macon Division of the Middle District of Georgia, in connection with the acquisition of a firearm, that is, one (1) Taurus, G3C, 9mm pistol, Serial Number: ACM688349, from Pawn Max, located at 2404 Pio Nono Avenue, Macon, Georgia, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, the Defendant,

**SCOTT MCLEAN SOLES**

did knowingly make a false and fictitious written statement to Pawn Max, which statement was intended and likely to deceive Pawn Max as to a fact material to the lawfulness of such sale of the said firearm under Chapter 44 of Title 18, in that SCOTT MCLEAN SOLES represented that he was the actual transferee/buyer of the firearm when in fact SOLES had obtained the funds for said firearm from another person and intended to immediately transfer possession of said firearm to that person at the conclusion of the transaction; all in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT TWO
### (TRANSFER OF A FIREARM TO A PROHIBITED PERSON: FELON)

That on or about May 26, 2022, in the Macon Division of the Middle District of Georgia, the Defendant,

**SCOTT MCLEAN SOLES**

knowingly disposed of a firearm, that is, one (1) Taurus, G3C, 9mm pistol, Serial Number: ACM688349, to another person, W-1, knowing or having reasonable cause to believe that W-1 had been convicted of a crime punishable by imprisonment for a term exceeding one year, that is, a felony; all in violation of Title 18, United States Code, Sections 922(d)(1) and 924(a)(2).

A TRUE BILL.

*s/ Foreperson of the Grand Jury*
FOREPERSON OF THE GRAND JURY

PETER D. LEARY
UNITED STATES ATTORNEY

Presented By:

JULIUS J. JEFFERSON
ASSISTANT UNITED STATES ATTORNEY

Filed in open court this 14 day of Aug, 2024.

Deputy Clerk

3