# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| v. | ) CASE NO. 5:24-CR-47 (MTT) |
| | ) |
| **SCOTT MCLEAN SOLES,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

## ORDER

The government has moved to continue this case until the next trial term. Doc. 18. The defendant was indicted on August 14, 2024, and had his arraignment in this Court on August 23, 2024. Docs. 1; 7. No prior continuances have been granted. The government now moves the Court to continue this case to the next trial term to allow additional time for defense counsel to review discovery, file any motions deemed appropriate, or negotiate a potential resolution of the case. Doc. 18 ¶ 3. The defendant does not oppose the motion. *Id.* at 1.

Pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court finds the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant to a speedy trial. Accordingly, the motion (Doc. 18) is **GRANTED**. The case is continued from the September term until the Court's next trial term presently scheduled for **November 4, 2024**. The corresponding delay shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161 *et seq*.

**SO ORDERED**, this 28th day of August, 2024.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT